IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL J. KRICKBAUM, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:19-CV-37-RP |
| JAVITCH BLOCK, LLC; and JACOB FIGELMAN; | § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On July 18, 2019, the parties filed a joint stipulation of dismissal with prejudice for all of Plaintiff's claims against Defendants pursuant to Federal Rule of Civil Procedure 41. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on July 23, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE